UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARQUES JORDAN and BRONDA JORDAN, individually and as guardian and next of kin of ADISYN JORDAN<br><br>Plaintiffs<br><br>vs.<br><br>GRACO CHILDREN'S PRODUCTS INC. d/b/a GRACO and/or GRACO BETA<br><br>and<br><br>NEWELL RUBBERMAID INC.<br><br>And<br><br>RUBBERMAID INC.<br><br>Defendant. | Civil No. 1:09 CV 00079 |

## AFFIDAVIT OF MARQUES AND BRONDA JORDAN IN SUPPORT OF JOINT MOTION FOR ORDER APPROVING MINOR'S SETTLEMENT

STATE OF TENNESSEE   )
COUNTY OF KNOX        )

Marques Jordan and Bronda Jordan, having personal knowledge of the facts stated herein, do depose and state as follows:

1. The Plaintiffs Marques and Bronda Jordan and their minor daughter, Adisyn Jordan, reside in Knoxville, Tennessee and receive mail at, 805 Cedar Lane, C-12, Knoxville, TN 37912. Adisyn Jordan was born on July 8, 2007.

2. We are the natural parents of Adisyn Jordan, and have sole and primary custody of our daughter, and are the natural guardians of our daughter.

3. On or about March 27, 2009, we filed a Complaint individually and on behalf of our daughter, Adisyn Jordan, against the Graco Children's Products, Inc., and other defendants, alleging various claims under federal and state law.

4. We understand that the Defendants deny any and all liability related to this claim.

5. We understand that this is a doubtful and disputed claim. We understand that, in order to avoid further litigation and the corresponding expenses thereof, Graco Children's Products, Inc., without admitting any liability whatsoever, has agreed to a compromise settlement in which it will pay the total sum of ████████████ ████████, as provided below. Individually, and on behalf of our daughter, we agree to this compromise settlement of all our claims and all our daughter's claims which were made in this lawsuit or which could have been made in this lawsuit.

6. We understand that our attorneys, Dan C. Stanley and Robert R. Kurtz will receive ████████████████████████████████████ ████████████, or one-third (1/3) of the amount of the settlement as attorneys' fees, to which we agreed.

7. We further understand that the expenses in this case total ████████ ████████████████████████. We understand that these case expenses will be deducted from the total amount of the settlement, to which we agreed.

2

8. We understand that the remaining amount of the settlement proceeds, totaling ███████████████████████████████████████), will fund the purchase of a structured settlement to provide the following payments to our daughter:

    A. ████████ payable at age 18 (July 8, 2025).

    B. ██████ payable at age 21 (July 8, 2028).

    C. ██████ payable at age 30 (July 8, 2037).

9. We are asking the Court to waive the appointment of guardian *ad litem* for Adisyn Jordan, a minor, pursuant to TENN. CODE ANN. § 34-1-107(a)(2)(A).

10. We agree that based upon the facts and circumstances of this case, the proposed settlement is reasonable and in the best interest of our minor daughter Adisyn Jordan and us, and we request that the settlement be approved and made the judgment of the Court in full release and satisfaction of all claims which the Plaintiffs may have or hereinafter claim against Graco Children's Products, Inc., current or past, arising out of the incidents described in the Complaint. We understand that this Affidavit is being filed with the Court in support of the Joint Motion for Order Approving Minor's Settlement.

FURTHER, AFFIANTS SAYETH NOT.

_____
Marques Jordan

_____
Bronda Jordan

3

Both sworn to and subscribed before me this 3rd day of September, 2010.

*M E Ely*
Notary Public
My Commission Expires: 8-29-2010

